# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152976(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER ALLEN PERRIEN,
      Defendant-Appellant.

_____/

SC: 152976
COA: 317405
Eaton CC: 2012-020053-FC

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 60-page application submitted on January 11, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

